# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE D. SNELLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV925 AGF |
| | ) | |
| J.D. HAYES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to file an amended complaint. The Court has reviewed the proposed amended complaint and finds it to be in the interest of justice to grant the motion.

Defendants Jack Fishman and The Fishman Law Firm, P.C., have moved the Court for leave to file a memorandum in support of their motion to dismiss plaintiff's amended complaint that is in excess of fifteen pages. The motion will be granted.

Defendants Matthew Chase and Michael Stelzer have filed motions to dismiss, which are directed at the original complaint. The Court will construe these motions as if they were directed at the amended complaint. Before the Court reviews the motions, however, these defendants will be given time to file supplemental briefs directed at any new allegations brought forth in the amended complaint, should they wish to do so.

Defendants are not prevented from filing new motions to dismiss or withdrawing their motions to dismiss, should they wish to do so.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to file an amended complaint [Doc. #18] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants Jack Fishman and the Fishman Law Firm, P.C.'s, motion to file in excess of fifteen pages [Doc. # 21] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants Matthew Chase and Michael Stelzer have until fifteen days from the date of this Order to file supplemental briefs, should they wish to do so.

Dated this 6th day of August, 2010.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE
