**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| LONNIE D. SNELLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CV925 AGF |
| | ) |
| J.D. HAYNES, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

There are two motions before the Court. Plaintiff has moved for the dismissal of defendant Mary Haynes. And defendant J.D. Haynes has moved for an extension of time to file an responsive pleading. For good cause shown, both motions will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss defendant Mary Haynes [Doc. #41] is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant J.D. Haynes motion for extension of time [Doc. #44] is **GRANTED**.

**IT IS FURTHER ORDERED** that J.D. Haynes shall file a responsive pleading no later than **November 18, 2010.**

Dated this 18th day of October, 2010.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE